# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-cr-239-LDG-PAL |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| ANTONIO GARCIA-CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

Based on the pending application of the government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in the above-captioned case is waived, and that defense counsel Jim Kelly, Esq. shall forthwith, but not later than three weeks after the date of this order, provide the government with an affidavit containing all materials and information relating to matters put at issue in Defendant's 28 U.S.C. § 2255 Motion.

**DATED**: this 14 day of June 2011.

_____
UNITED STATES DISTRICT JUDGE