# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:08-cr-239-LDG-PAL |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO GARCIA-CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the pending application of the government, and good cause appearing,

**IT IS ORDERED** that the government shall have to and including six weeks from the

date of this order within which to file its response to Defendant's motion pursuant to 28

U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody.

**DATED**:   this _____ day of June 2011.

_____
UNITED STATES DISTRICT JUDGE